UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRUSTEES OF THE INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND, TRUSTEES OF THE GLAZIERS LOCAL UNION NUMBER 1165E JOINT APPRENTICESHIP AND TRAINING FUND and GLAZIERS LOCAL UNION 1165E,<br><br>    Plaintiffs,<br><br>v.<br><br>IKI ARCHITECTURAL GLAZING SYSTEMS<br><br>    Defendant. | Civil No. 4:07-cv-10 |

**MEMORANDUM, ORDER AND OPINION**

This matter is before the Court on the Motion for Default Judgment [DE 8] filed by Plaintiffs, Trustees of the Indiana State Council of Roofers Health and Welfare Fund, Trustees of the Glaziers Local Union Number 1165E Joint Apprenticeship and Training Fund and Glaziers Local Union 1165E, on September 17, 2007.  Plaintiff moves this Court pursuant to Fed. R. Civ. Pro. 55(b)(2) to enter a default judgment in this matter against Defendant IKI Architectural Glazing Systems.

Plaintiffs served their Complaint and Summons on Defendant IKI Architectural Glazing Systems on or about February 23, 2007.  Defendant failed to respond within twenty days after being served with the Summons and Complaint as required by Fed. R. Civ. Pro. 12(a)(1)(A).  Defendant has, as of this date, failed to enter an appearance in this case or respond to Plaintiffs' Complaint  in any way.  Accordingly, a Clerk's Entry of Default [DE 7] was entered against Defendant on July 24, 2007.

In support of its motion, Plaintiffs state that: (1) "The defendant has had an entry of

default entered against it under the Federal Rules of Civil Procedure in this Court since July 24, 2007, and has made no effort to move to set aside said Entry of Default"; (2) The Affidavit of Ellen Densborn submitted with this motion "establishes that the defendant has failed to make timely contributions resulting in late fees in the amount of One Thousand Five Hundred Fifty-eight Dollars and Three Cents ($1,558.03)"; and (3) "The Plaintiff further prays for attorneys fees in the amount of One Thousand Two Hundred Fifty Dollars ($1,250.00) and court costs in the sum of Three Hundred Fifty Dollars ($350.00)." Plaintiffs' Motion for Default Judgment at 2.

In light of the above and the filings and record of this case, the Plaintiffs' Motion for Default Judgment is **GRANTED**.  The following is now ordered by this Court:

1) The Clerk of the Court is ordered to enter default judgment against Defendant IKI Architectural Glazing Systems;

2) Defendant IKI Architectural Glazing Systems is ordered to pay the amounts due and owing for the amounts set out above; and

3) Plaintiffs are awarded attorneys fees in the amount of $1,250.00 and costs in the amount of $350.00.

**SO ORDERED** on October __10__, 2007.

    __s/ Joseph S. Van Bokkelen__
**JOSEPH S. VAN BOKKELEN**
**UNITED STATES DISTRICT COURT JUDGE**
**HAMMOND DIVISION**